UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| XIANG GUO YIN, | : | |
|     Plaintiff, | : | Case No. 3:16-cv-1135 |
| | : | |
| v. | : | |
| | : | |
| ABC CORP., ZI QIAO CAO, | : | |
| KIMMING M. CHENG, SHIRLEY LI, | : | May 21, 2018 |
| | : | |
|     Defendants. | : | |

## ORDER

WHEREAS the parties entered into a Settlement Agreement and General Release that was fully executed on May 1, 2017 (the "Agreement");

WHEREAS the parties contemplated that confessions of judgment would be completed and returned to Defendants' counsel upon payment in full of the settlement amount of $21,500 (*see* Agreement § 1.5);

WHEREAS the parties agreed to executed such other documents and to take such other action as may be reasonably necessary to further the purposes of the Agreement (*see* Agreement § 13);

WHEREAS the Defendants did not complete confessions of judgment because they agreed to pay the full settlement amount in one lump sum rather than in installments;

WHEREAS the Defendants did not in fact pay the full settlement amount, but instead paid only $8,990, representing Plaintiff's attorney's fees;

WHEREAS the parties agree that the Defendants are obligated to pay the remaining balance of the settlement amount;

NOW THEREFORE, the Court ORDERS that if any Defendant fails to honor their duty to execute and deliver to Plaintiff's counsel a confession of judgment within fourteen days

1

of the date of this order (June 4, 2018), Plaintiff may file a motion for judgment in the amount of $12,510 plus reasonable attorney's fees on June 6, 2018.  Thereupon the Court will conduct a second telephonic *Audubon* hearing on June 7, 2017 at 8:30 a.m.  If good cause is not shown, the Court will enter judgment in the original settlement amount of $21,500 plus reasonable attorney's fees to the date of judgment against any reneging Defendant.  Each Defendant will be jointly and severally liable for the full amount of any judgment the Court imposes.

Plaintiff's counsel may file a confession of judgment on the docket and by so doing such confession of judgment will have the same force and effect as an entry of judgment by the Court.  Plaintiff's Counsel's forbearance to spare Defendants harm to their credit rating by having a judgment entered against them will not constitute a waiver, and such confession of judgment may be filed on the docket within two years of the date it is signed.

Defendants' counsel shall certify delivery of this Order to each Defendant by overnight receipted mail and email not later than May 24, 2018.

IT IS SO ORDERED.

*Vanessa Lynne Bryant*
Vanessa Bryant
2018.05.21 17:34:54 -04'00'

Hon. Vanessa L. Bryant
United States District Judge

Dated at Hartford, Connecticut:  May 21, 2018